Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−12270−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jean C Koegler III
  52 Sterling Avenue
  Weehawken, NJ 07086

Social Security No.:
  xxx−xx−7950

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/5/20 at 10:00 AM

to consider and act upon the following:

*10* − Notice of Request for Loss Mitigation re: America's Servicing Co, filed by Russell L. Low on behalf of Jean C Koegler III. Objection deadline is 02/28/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*18* − Objection to Request for Loss Mitigation (related document:10 Notice of Request for Loss Mitigation re: America's Servicing Co, filed by Russell L. Low on behalf of Jean C Koegler III. Objection deadline is 02/28/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Jean C Koegler) filed by Charles G. Wohlrab on behalf of The Bank of New York Mellon Trust Company, N.A., as successor−in−interest to all permitted successors and assigns of JPMorgan Chase Bank, as Trustee, for certificateholders of Nomura Asset Acceptance. (Attachments: # 1 Certificate of Service) (Wohlrab, Charles)

Dated: 2/24/20

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court