UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| WNI 15-010067<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Charles G. Wohlrab, Esq. 016592012<br>ATTORNEYS FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR1 | **Order Filed on March 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>JEAN C KOEGLER, III, DEBTOR | CASE NO.: 20-12270-VFP<br><br>JUDGE: HONORABLE VINCENT F. PAPALIA<br><br>CHAPTER: 13 |

**INTERIM ORDER ON OBJECTION TO REQUEST FOR EXTENSION OF LOSS MITIGATION AND OBJECTION TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 16, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for The Bank of New York Mellon Trust Company, N.A., as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, as Trustee, for certificateholders of Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2004-AR1, hereinafter "Secured Creditor", upon the filing of An Objection to Debtor's Request for Loss Mitigation Program and an Objection to Debtor's Motion to Extend Automatic Stay, and the Debtor and the attorney for the Debtor, if any, and the Court having heard arguments of counsel on March 5, 2020, **IT IS HEREBY ORDERED:**

1. The Automatic Stay is hereby extended as to all creditors until April 16, 2020.

2. Debtor shall be admitted into the Court's Loss Mitigation Program to April 6, 2020. Debtor shall submit a full loss mitigation package to Secured Creditor by March 20, 2020. If Debtor submits a complete loss mitigation package by March 20, 2020, the Loss Mitigation period may be extended through an application.

3. Debtor shall remit full contractual mortgage payments for the months of March 1, 2020 and April 1, 2020 in the total amount of $5,962.08 by April 6, 2020.

4. Payments should be submitted to the Secured Creditor via Certified Check to the below address:

> Wells Fargo Home Mortgage
> PO Box 14507
> Des Moines, IA 50306

5. Hearings on Debtor's Motion to Extend Automatic Stay and Debtor's Request for Loss Mitigation shall be adjourned to April 16, 2020, at 10:00 a.m.