UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 15-010067
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR1

IN RE:

JEAN C KOEGLER, III, DEBTOR

**Order Filed on March 16, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

CASE NO.: 20-12270-VFP

JUDGE: HONORABLE VINCENT F. PAPALIA

CHAPTER: 13

**INTERIM ORDER ON OBJECTION TO REQUEST FOR EXTENSION OF LOSS MITIGATION AND OBJECTION TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: March 16, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for The Bank of New York Mellon Trust Company, N.A., as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, as Trustee, for certificateholders of Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2004-AR1, hereinafter "Secured Creditor", upon the filing of An Objection to Debtor's Request for Loss Mitigation Program and an Objection to Debtor's Motion to Extend Automatic Stay, and the Debtor and the attorney for the Debtor, if any, and the Court having heard arguments of counsel on March 5, 2020, **IT IS HEREBY ORDERED:**

1. The Automatic Stay is hereby extended as to all creditors until April 16, 2020.

2. Debtor shall be admitted into the Court's Loss Mitigation Program to April 6, 2020. Debtor shall submit a full loss mitigation package to Secured Creditor by March 20, 2020. If Debtor submits a complete loss mitigation package by March 20, 2020, the Loss Mitigation period may be extended through an application.

3. Debtor shall remit full contractual mortgage payments for the months of March 1, 2020 and April 1, 2020 in the total amount of $5,962.08 by April 6, 2020.

4. Payments should be submitted to the Secured Creditor via Certified Check to the below address:

    Wells Fargo Home Mortgage
    PO Box 14507
    Des Moines, IA 50306

5. Hearings on Debtor's Motion to Extend Automatic Stay and Debtor's Request for Loss Mitigation shall be adjourned to April 16, 2020, at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:  
Jean C Koegler, III  
    Debtor

Case No. 20-12270-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 16, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.  
db          +Jean C Koegler, III,    52 Sterling Avenue,    Weehawken, NJ 07086-6809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
         Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, as Trustee, for certificateholders of Nomura Asset Acceptance cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
         Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Russell L. Low    on behalf of Debtor Jean C Koegler, III ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                TOTAL: 5