UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
15-010067
Elizabeth L. Wassall - 023211995
SHAPIRO & DeNARDO, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Attorneys for The Bank of New York Mellon Trust Company, N.A., as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, as Trustee, for certificateholders of Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2004-AR1

In Re:
JEAN C KOEGLER, III,
                            DEBTOR

Case No.:      20-12270-VFP

Chapter:       13

Hearing Date:  May 7, 2020

Judge:         HONORABLE VINCENT F. PAPALIA

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Objection to Motion to Extend the Automatic Stay     ECF Doc: 16

Date: April 20, 2020

/s/Elizabeth L. Wassall
Signature

*rev.8/1/15*