UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SHAPIRO & DENARDO, LLC
ELIZABETH L. WASSALL, ESQ. 023211995
14000 Commerce Pkwy., Ste. B.
Mt. Laurel, NJ  08054
(856) 793-3080

In Re:

*See Attached List

Case No.: *See Attached List

Chapter: _____

Judge: _____

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Elizabeth L. Wassall, Esq. will be substituted as attorney of record for Secured Creditor, _____ in this case. [1]

Date: 4/22/20

/s/ Charles G. Wohlrab
Signature of Former Attorney

Date: 4/22/2020

/s/Elizabeth L. Wassall
Signature of Substituted Attorney[2]
ID No. 023211995

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.