**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
505 Main Street  -  Suite 304
Hackensack, New Jersey    07601
(201) 343-4040
**Attorneys for Debtor**

Order Filed on May 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Jean C Koegler III | : | CHAPTER 13 |
| | : | CASE NO. 20-12270 |
| | : | HONORABLE VINCENT F PAPALIA |
| Debtor | : | Hearing Date: March 5, 2020 at 10:00 am |

## ORDER EXTENDING

☐    CASE         ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: May 13, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

The Automatic Stay is extended as to AMERICA'S SERVICING CO, CLC CONSUMER SERVICES, IRS, NORTH HUDSON SEWERAGE AUTHORITY and all Creditors served with the subject motion and a copy of this Order, effective the date of this Order.