UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Mortgage, et al.

In Re:

Jean Koegler III,

Debtor.

Case No.:  20-12270-VFP

Chapter: 13

Hearing Date: 6/4/2020

Judge: Papalia

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 27)

_____

Date: 6/3/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*