# ***LOW & LOW* ATTORNEYS AT LAW, LLC**

*505 Main Street, Suite 304*                                                                      *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*                                                           *Fax: (201)-488-5788*

**STANLEY W. LOW**                                                                            **RUSSELL L. LOW**

June 3, 2020

Honorable Vincent F. Papalia
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3B

Re: Case No. 20-12270-VFP, Jean Koegler

Dear Honorable Papalia,

      Please withdraw Docket No. 28, Motion for Approval to Participate in the Court's Loss Mitigation Program. I apologize for any inconvenience this may have caused.

Thank you,

/s/ Russell L. Low

**Russell L. Low, Esq.**