

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
    JEAN C KOEGLER, III

Order Filed on June 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  20-12270**

**Hearing Date:  06/04/2020**

**Judge:  VINCENT F. PAPALIA**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: June 5, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  JEAN C KOEGLER, III

Case No.:  20-12270VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/04/2020 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/4/2020 of the plan filed on 02/11/2020, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 06/18/2020 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.