**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

---

IN RE:                    :        CHAPTER 13

**Jean C Koegler, III**   :        CASE NO. 20-12270

                          :        Honorable Vincent F. Papalia

---

### DEBTOR'S CERTIFICATION IN SUPPORT OF COVID-19 CHAPTER 13 PLAN MODIFICATION

---

I, Jean C. Koegler, III am the debtor in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on July 1, 2020.

1. An Order Denying Confirmation of the Original Chapter 13 Plan was entered on June 5, 2020.

2. I have been directly impacted by the COVID-19 pandemic. I tested positive for COVID-19 in March 2020 and was hospitalized for 10 days. On top of COVID-19 symptoms, I also had pneumonia and was very ill at that time.

3. In addition, I also had to shut down my cleaning business due to the COVID-19 pandemic.

4. WIthout my business income, I have been unable to pay the adequate protection mortgage payments and I was approved for a mortgage forbearance.

5. As a result, I can currently only afford to pay $475.00 monthly to the trustee.

6.  Therefore, as per the Modified Chapter 13 Plan, I am proposing a plan of $4,584.12 paid to the trustee through June 2020, $475.00 monthly for 6 months starting July 2020, and $3,910.46 for 50 months starting January 2021.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  July 1, 2020                                                                           /s/ Jean C Koegler, III
                                                                                   **Jean C Koegler, III**
                                                                                   Debtor