Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−12270−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jean C Koegler III
   52 Sterling Avenue
   Weehawken, NJ 07086

Social Security No.:
   xxx−xx−7950

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/11/20 and a confirmation hearing on such Plan has been scheduled for 4/8/20.

The debtor filed a Modified Plan on 7/1/20 and a confirmation hearing on the Modified Plan is scheduled for 8/6/2020 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 2, 2020
JAN: wdh

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 20-12270-VFP
Jean C Koegler, III                                             Chapter 13
    Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 4              Date Rcvd: Jul 02, 2020
                              Form ID: 186             Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db             +Jean C Koegler, III,    52 Sterling Avenue,    Weehawken, NJ 07086-6809
518706795      +Americas Servicing Co,    Attention: Bankruptcy,    1 Home Campus,   Des Moines, IA 50328-0001
518706797      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
518706801      +Aspire,   Pob 105555,    Atlanta, GA 30348-5555
518706803      +Associated Creditors Exchange, Inc.,    PO Box 33130,    Phoenix, AZ 85067-3130
518706809     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 15019,   Wilmington, DE 19886)
518706805      +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
518706807      +Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
518706812      +Bank of America,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
518706811      +Bank of America,    1635 South Lumpkin Road,    Columbus, GA 31903-2721
518732234      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518706814      +Barclays Bank Delaware,    Attention: Customer Support Department,   Po Box 8833,
                 Wilmington, DE 19899-8833
518706817      +Brachfield Law Group, P.C.,    PO Box 421088,    Houston, TX 77242-1088
518706823      +Capital One,    PO Box 1954,   Southgate, MI 48195-0954
518706827      +Chase,   PO Box 78035,    Phoenix, AZ 85062-8035
518706830      +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
518706831      +Clc Consumer Services,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
518706838      +Domenick A. Castellucci,    804 Broadway,    Bayonne, NJ 07002-2971
518706845      +Goldman & Warshaw PC,    10 Oakland Avenue Suite 2-4,    PO Box 597,   Warwick, NY 10990-0597
518706846      +Hayt, Hayt, & Landau, LLC,    2 Industrial Way West,    P.O. Box 500,   Eatontown, NJ 07724-0500
518706847      +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
518706848      +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5253,   Carol Stream, IL 60197-5253
518706849      +Hudson County Superior Court,    Civil Division/Special Civil,   595 Newark Ave.,
                 Jersey City, NJ 07306-2394
518706853      +Imergent,   754 E. Technology,    Orem, UT 84097-6204
518706857      +Juniper Bank,    PO Box 13337,   Philadelphia, PA 19101-3337
518842878       Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518706861      +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive,    Suite 100,   PO Box 1269,
                 Mount Laurel, NJ 08054-7269
518706866      +Midland Funding LLC,    Pressler & Pressler LLP,    7 Entin Road,   Parsippany, NJ 07054-5020
518706867      +New Century Financial Services, Inc.,    ATTN: Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
518749129      +North Hudson Sewerage Authority,    1600 Adams Street, 2nd Floor,   Hoboken, NJ 07030-2304
518706870      +North Hudson Sewerage Authority,    PO Box 71352,    Philadelphia, PA 19176-1352
518706871      +Olympus Servicing Lp,    9600 Great Hills Trail St 200w,    Austin, TX 78759-5680
518706840     ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court:  Fcnb/mastertrust,    Po Box 3412,   Omaha, NE 68103)
518808505      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
518706872      +Palisade Collection LLC,    PO Box 1244,   Englewood Cliffs, NJ 07632-0244
518706873      #+Phillips & Cohen Associates,    695 Rancocas Road,    Westhampton, NJ 08060-5626
518706874      +Ragan & Ragan,    3100 Route 138 West,   Brinley Plaza Building 1,    Belmar, NJ 07719-9020
518869128     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,   Trenton, NJ 08695-0245)
518706879      +Shapiro & DeNardo, LLP,    14000 Commerce Parkway,    Suite B,   Mount Laurel, NJ 08054-2242
518706880      +Specialized Loan Servi,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
518706882      +Target,   Po Box 9475,    Minneapolis, MN 55440-9475
518732192      +The Bank of New York Mellon,    C/O Wells Fargo Bank, N.A.,    Attention: Payment Processing,
                 MAC# F2302-04C,   1 Home Campus,    Des Moines IA 50328-0001
518706883      +Tnb-visa,   Po Box 9475,    Minneapolis, MN 55440-9475
518706839     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  Elan Financial Service,    Po Box 5229,   Cincinnati, OH 45201)
518706885      +Universal Account Servicing LLC,    PO Box 807010,    Kansas City, MO 64180-7010
518706890      +Washington Mutual,    1100 W Town And Country,    Orange, CA 92868-4600
518732191      +Wells Fargo Bank, N.A.,    Attention: Payment Processing,    MAC# F2302-04C,   1 Home Campus,
                 Des Moines IA 50328-0001
518706892      +Wells Fargo Hm Mortgag,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2020 01:40:49     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2020 01:40:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 03 2020 01:40:05
                 United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                 970 Broad Street,    Suite 700,   Newark, NJ 07102-2535
518706799      +E-mail/Text: bnc-applied@quantum3group.com Jul 03 2020 01:41:18     Applied Card Bank,
                 Attention: General Inquiries,    Po Box 17125,   Wilmington, DE 19850-7125
518706818       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 01:37:23     Cap One,
                 Attn: C/O TSYS Debt Management,    Po Box 5155,   Norcross, GA 30091
```

```
District/off: 0312-2           User: admin              Page 2 of 4                    Date Rcvd: Jul 02, 2020
                               Form ID: 186             Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518706821         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 01:38:33      Capital 1 Bank,
                  Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091
518725636        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2020 01:49:33
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518706832        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2020 01:38:05      Collection,
                  Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
518706842        +E-mail/Text: fggbanko@fgny.com Jul 03 2020 01:39:47      Foster, Garbus & Garbus,
                  7 Banta Place,    Hackensack, NJ 07601-5604
518706844        +E-mail/Text: ally@ebn.phinsolutions.com Jul 03 2020 01:39:28      GMAC,
                  Attention:  Bankruptcy Dept.,    1100 Virginia Drive,    Fort Washington, PA 19034-3276
518706843        +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2020 01:37:12      Gemb/howards,
                  Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
518706856         E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 03 2020 01:41:04      Jefferson Capital Syst,
                  16 Mcleland Rd,    Saint Cloud, MN 56303
518796980         E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 03 2020 01:41:04      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
518706891         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 03 2020 01:37:51
                  Washington Mutual Mortgage,    Attention:  Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
                  Jacksonville, FL 32256
518706824         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 03 2020 01:37:20      Chase,
                  201 N. Walnut St//De1-1027,    Wilmington, DE 19801
518706829         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 03 2020 01:37:51      Chase Na,
                  Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156
518706841         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 03 2020 01:37:51      First Usa,na,
                  Attention: Correspondence/Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
518706859        +E-mail/Text: bncnotices@becket-lee.com Jul 03 2020 01:39:48      Kohls/chase,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518706878        +E-mail/Text: jennifer.chacon@spservicing.com Jul 03 2020 01:41:57      Select Portfolio Svcin,
                  Po Box 65250,    Salt Lake City, UT 84165-0250
518706860         E-mail/Text: marisa.sheppard@timepayment.com Jul 03 2020 01:41:00      Leasecomm,
                  10-M Commerce Way,    Woburn, MA 01801
518706887         E-mail/Text: vci.bkcy@vwcredit.com Jul 03 2020 01:40:59      Volkswagon Credit Inc,
                  1401 Franklin Blvd,    Libertyville, IL 60048
518800633        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2020 01:49:17      Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518706893        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2020 01:40:25      Wfnnb/roamans,
                  8035 Quivira Rd,    Lenexa, KS 66215-2746
518706894        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2020 01:40:25      Wfnnb/silhouettes,
                  Po Box 2974,    Shawnee Mission, KS 66201-1374
518706895        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2020 01:40:26      Wfnnb/woman/within,
                  Po Box 182273,    Columbus, OH 43218-2273
                                                                                                TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Kohl’s,    c/o Becket & Lee LLP,    POB 3001,    Malvern, PA  19355-0701
518706796*      +Americas Servicing Co,    Attention: Bankruptcy,    1 Home Campus,    Des Moines, IA 50328-0001
518706798*      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
518706800*      +Applied Card Bank,    Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
518706802*      +Aspire,    Pob 105555,    Atlanta, GA 30348-5555
518706810*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886)
518706806*      +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
518706808*      +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
518706813*      +Bank of America,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
518706815*      +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                 Wilmington, DE 19899-8833
518706816*      +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
                 Wilmington, DE 19899-8833
518706819*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Attn: C/O TSYS Debt Management,    Po Box 5155,
                 Norcross, GA 30091)
518706820*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Attn: C/O TSYS Debt Management,    Po Box 5155,
                 Norcross, GA 30091)
518706822*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
                 Norcross, GA 30091)
518706828*      +Chase,    PO Box 78035,    Phoenix, AZ 85062-8035
518706833*      +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
518706834*      +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
518706835*      +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
518706836*      +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
518706837*      +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
518706850*      +Hudson County Superior Court,    Civil Division/Special Civil,    595 Newark Ave.,
                 Jersey City, NJ 07306-2394
518706851*      +Hudson County Superior Court,    Civil Division/Special Civil,    595 Newark Ave.,
                 Jersey City, NJ 07306-2394
```

```
District/off: 0312-2                  User: admin                    Page 3 of 4                    Date Rcvd: Jul 02, 2020
                                      Form ID: 186                   Total Noticed: 73


              ***** BYPASSED RECIPIENTS (continued) *****
518706852*       +Hudson County Superior Court,    Civil Division/Special Civil,    595 Newark Ave.,
                   Jersey City, NJ 07306-2394
518706854*        Internal Revenue Services,    Special Processing Branch,    PO Box 744,    Springfield, NJ 07081
518706855*       +Internal Reveue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518706825*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court: Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801)
518706826*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court: Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801)
518706858*       +Juniper Bank,    PO Box 13337,    Philadelphia, PA 19101-3337
518706862*       +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive,    Suite 100,    PO Box 1269,
                   Mount Laurel, NJ 08054-7269
518706863*       +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive,    Suite 100,    PO Box 1269,
                   Mount Laurel, NJ 08054-7269
518706864*       +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive,    Suite 100,    PO Box 1269,
                   Mount Laurel, NJ 08054-7269
518706865*       +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive,    Suite 100,    PO Box 1269,
                   Mount Laurel, NJ 08054-7269
518706868*       +New Century Financial Services, Inc.,    ATTN: Pressler & Pressler,    7 Entin Road,
                   Parsippany, NJ 07054-5020
518706869*       +New Century Financial Services, Inc.,    ATTN: Pressler & Pressler,    7 Entin Road,
                   Parsippany, NJ 07054-5020
518706875*       +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza Building 1,    Belmar, NJ 07719-9020
518706876*       +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza Building 1,    Belmar, NJ 07719-9020
518706877*       +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza Building 1,    Belmar, NJ 07719-9020
518706881*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 283,
                   Trenton, NJ 08695)
518706884*       +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
518706888*      ++VOLKSWAGEN CREDIT UNION,    1401 FRANKLIN BLVD,    LIBERTYVILLE IL 60048-4460
                 (address filed with court: Volkswagon Credit Inc,    1401 Franklin Blvd,
                   Libertyville, IL 60048)
518706889*      ++VOLKSWAGEN CREDIT UNION,    1401 FRANKLIN BLVD,    LIBERTYVILLE IL 60048-4460
                 (address filed with court: Volkswagon Credit Inc,    1401 Franklin Blvd,
                   Libertyville, IL 60048)
518706804       ##+Bank Of America,    Attn: Bankruptcy NC4-105-02-99,    Po Box 26012,    Greensboro, NC 27420-6012
518706886       ##+Universal Underwriters Insurance Company,    ATTN: Allied Interstate Inc,
                   2290 Agate Court, Unit A1,    Simi Valley, CA 93065-1935
                                                                                              TOTALS: 0, * 41, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                        Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-2           User: admin              Page 4 of 4              Date Rcvd: Jul 02, 2020
                               Form ID: 186             Total Noticed: 73
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

        Elizabeth L. Wassall    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, as Trustee, for certificateholders of Nomura Asset Acceptance ewassall@logs.com, njbankruptcynotifications@logs.com

        Marie-Ann Greenberg    magecf@magtrustee.com

        Russell L. Low    on behalf of Debtor Jean C Koegler, III ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 6