Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  20−12270−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jean C Koegler III
   52 Sterling Avenue
   Weehawken, NJ 07086

Social Security No.:
   xxx−xx−7950

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/5/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: March 5, 2021
JAN: mcp

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-12270-VFP |
| Jean C Koegler, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 05, 2021 | Form ID: 148 | Total Noticed: 73 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean C Koegler, III, 52 Sterling Avenue, Weehawken, NJ 07086-6809 |
| 518706801 | + | Aspire, Pob 105555, Atlanta, GA 30348-5555 |
| 518706803 | + | Associated Creditors Exchange, Inc., PO Box 33130, Phoenix, AZ 85067-3130 |
| 518706811 | + | Bank of America, 1635 South Lumpkin Road, Columbus, GA 31903-2721 |
| 518732234 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518706817 | + | Brachfield Law Group, P.C., PO Box 421088, Houston, TX 77242-1088 |
| 518706823 | + | Capital One, PO Box 1954, Southgate, MI 48195-0954 |
| 518706827 | + | Chase, PO Box 78035, Phoenix, AZ 85062-8035 |
| 518706831 | + | Clc Consumer Services, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 518706838 | + | Domenick A. Castellucci, 804 Broadway, Bayonne, NJ 07002-2971 |
| 518706845 | + | Goldman & Warshaw PC, 10 Oakland Avenue Suite 2-4, PO Box 597, Warwick, NY 10990-0597 |
| 518706846 | + | Hayt, Hayt, & Landau, LLC, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 518706849 | + | Hudson County Superior Court, Civil Division/Special Civil, 595 Newark Ave., Jersey City, NJ 07306-2394 |
| 518706853 | + | Imergent, 754 E. Technology, Orem, UT 84097-6204 |
| 518706861 | + | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518706866 | + | Midland Funding LLC, Pressler & Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518706867 | + | New Century Financial Services, Inc., ATTN: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518706870 | + | North Hudson Sewerage Authority, PO Box 71352, Philadelphia, PA 19176-1352 |
| 518749129 | + | North Hudson Sewerage Authority, 1600 Adams Street, 2nd Floor, Hoboken, NJ 07030-2304 |
| 518706871 | + | Olympus Servicing Lp, 9600 Great Hills Trail St 200w, Austin, TX 78759-5680 |
| 518706840 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, Fcnb/mastertrust, Po Box 3412, Omaha, NE 68103 |
| 518706872 | + | Palisade Collection LLC, PO Box 1244, Englewood Cliffs, NJ 07632-0244 |
| 518706874 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Building 1, Belmar, NJ 07719-9020 |
| 518869128 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518706879 | + | Shapiro & DeNardo, LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518706880 | + | Specialized Loan Servi, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 518706885 | + | Universal Account Servicing LLC, PO Box 807010, Kansas City, MO 64180-7010 |
| 518706890 | + | Washington Mutual, 1100 W Town And Country, Orange, CA 92868-4600 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Mar 06 2021 01:28:00 | United States of America (Internal Revenue |

| | | | |
|---|---|---|---|
| | | | Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 518706795 | + EDI: WFFC.COM | Mar 06 2021 01:28:00 | Americas Servicing Co, Attention: Bankruptcy, 1 Home Campus, Des Moines, IA 50328-0001 |
| 518706797 | + EDI: AMEREXPR.COM | Mar 06 2021 01:28:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518706799 | + EDI: APPLIEDBANK.COM | Mar 06 2021 01:28:00 | Applied Card Bank, Attention: General Inquiries, Po Box 17125, Wilmington, DE 19850-7125 |
| 518706809 | EDI: BANKAMER.COM | Mar 06 2021 01:28:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518706805 | + EDI: BANKAMER2.COM | Mar 06 2021 01:28:00 | Bank Of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 518706804 | + EDI: BANKAMER.COM | Mar 06 2021 01:28:00 | Bank Of America, Attn: Bankruptcy NC4-105-02-99, Po Box 26012, Greensboro, NC 27420-6012 |
| 518706807 | + EDI: BANKAMER2.COM | Mar 06 2021 01:28:00 | Bank Of America, Po Box 1598, Norfolk, VA 23501-1598 |
| 518706812 | + EDI: BANKAMER2.COM | Mar 06 2021 01:28:00 | Bank of America, 475 Crosspoint Parkway, Getzville, NY 14068-1609 |
| 518706814 | + EDI: TSYS2.COM | Mar 06 2021 01:28:00 | Barclays Bank Delaware, Attention: Customer Support Department, Po Box 8833, Wilmington, DE 19899-8833 |
| 518706818 | EDI: CAPITALONE.COM | Mar 06 2021 01:28:00 | Cap One, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 518706821 | EDI: CAPITALONE.COM | Mar 06 2021 01:28:00 | Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 518725636 | + EDI: AIS.COM | Mar 06 2021 01:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518706830 | + EDI: CITICORP.COM | Mar 06 2021 01:28:00 | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 518706832 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2021 22:05:26 | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 518706842 | + Email/Text: fggbanko@fgny.com | Mar 05 2021 20:45:00 | Foster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518706844 | + EDI: GMACFS.COM | Mar 06 2021 01:28:00 | GMAC, Attention: Bankruptcy Dept., 1100 Virginia Drive, Fort Washington, PA 19034-3276 |
| 518706843 | + EDI: RMSC.COM | Mar 06 2021 01:28:00 | Gemb/howards, Attention: Bankruptcy, Po Box 103106, Roswell, GA 30076-9106 |
| 518706847 | + EDI: HFC.COM | Mar 06 2021 01:28:00 | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 518706848 | + EDI: HFC.COM | Mar 06 2021 01:28:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 5253, Carol Stream, IL 60197-5253 |
| 518706856 | EDI: JEFFERSONCAP.COM | Mar 06 2021 01:28:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 518796980 | EDI: JEFFERSONCAP.COM | Mar 06 2021 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518706891 | EDI: JPMORGANCHASE | Mar 06 2021 01:28:00 | Washington Mutual Mortgage, Attention: Bankruptcy Dept. JAXA 2035, 7255 Bay Meadows Way, Jacksonville, FL 32256 |
| 518706824 | EDI: JPMORGANCHASE | Mar 06 2021 01:28:00 | Chase, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |
| 518706829 | EDI: JPMORGANCHASE | | |

Case 20-12270-VFP    Doc 54    Filed 03/07/21    Entered 03/08/21 00:15:53    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: 148 | Total Noticed: 73 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518706841 | | EDI: JPMORGANCHASE | Mar 06 2021 01:28:00 | Chase Na, Attn: Bankruptcy Dept, Po Box 100018, Kennesaw, GA 30156 |
| | | | Mar 06 2021 01:28:00 | First Usa,na, Attention: Correspondence/Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518706857 | + | EDI: TSYS2.COM | Mar 06 2021 01:28:00 | Juniper Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518842878 | | EDI: BL-BECKET.COM | Mar 06 2021 01:28:00 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518706859 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 05 2021 20:45:00 | Kohls/chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518808505 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 05 2021 20:45:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518706878 | + | Email/Text: jennifer.chacon@spservicing.com | Mar 05 2021 20:47:00 | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518706860 | | Email/Text: marisa.sheppard@timepayment.com | Mar 05 2021 20:46:00 | Leasecomm, 10-M Commerce Way, Woburn, MA 01801 |
| 518706882 | + | EDI: WTRRNBANK.COM | Mar 06 2021 01:28:00 | Target, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518732192 | + | EDI: BANKAMER.COM | Mar 06 2021 01:28:00 | The Bank of New York Mellon, C/O Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 518706883 | + | EDI: WTRRNBANK.COM | Mar 06 2021 01:28:00 | Tnb-visa, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518706839 | | EDI: USBANKARS.COM | Mar 06 2021 01:28:00 | Elan Financial Service, Po Box 5229, Cincinnati, OH 45201 |
| 518706887 | | Email/Text: vci.bkcy@vwcredit.com | Mar 05 2021 20:46:00 | Volkswagon Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 518800633 | + | EDI: AIS.COM | Mar 06 2021 01:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518732191 | + | EDI: WFFC.COM | Mar 06 2021 01:28:00 | Wells Fargo Bank, N.A., Attention: Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 518706892 | + | EDI: WFFC.COM | Mar 06 2021 01:28:00 | Wells Fargo Hm Mortgag, 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 518706893 | + | EDI: WFNNB.COM | Mar 06 2021 01:28:00 | Wfnnb/roamans, 8035 Quivira Rd, Lenexa, KS 66215-2746 |
| 518706894 | + | EDI: WFNNB.COM | Mar 06 2021 01:28:00 | Wfnnb/silhouettes, Po Box 2974, Shawnee Mission, KS 66201-1374 |
| 518706895 | + | EDI: WFNNB.COM | Mar 06 2021 01:28:00 | Wfnnb/woman/within, Po Box 182273, Columbus, OH 43218-2273 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Kohl's, c/o Becket & Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 518706796 | *+ | Americas Servicing Co, Attention: Bankruptcy, 1 Home Campus, Des Moines, IA 50328-0001 |
| 518706798 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518706800 | *+ | Applied Card Bank, Attention: General Inquiries, Po Box 17125, Wilmington, DE 19850-7125 |
| 518706802 | *+ | Aspire, Pob 105555, Atlanta, GA 30348-5555 |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: 148 | Total Noticed: 73 |

| | | |
|---|---|---|
| 518706810 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518706806 | *+ | Bank Of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 518706808 | *+ | Bank Of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 518706813 | *+ | Bank of America, 475 Crosspoint Parkway, Getzville, NY 14068-1609 |
| 518706815 | *+ | Barclays Bank Delaware, Attention: Customer Support Department, Po Box 8833, Wilmington, DE 19899-8833 |
| 518706816 | *+ | Barclays Bank Delaware, Attention: Customer Support Department, Po Box 8833, Wilmington, DE 19899-8833 |
| 518706819 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Cap One, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 518706820 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Cap One, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 518706822 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital 1 Bank, Attn: C/O TSYS Debt Management, Po Box 5155, Norcross, GA 30091 |
| 518706828 | *+ | Chase, PO Box 78035, Phoenix, AZ 85062-8035 |
| 518706833 | *+ | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 518706834 | *+ | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 518706835 | *+ | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 518706836 | *+ | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 518706837 | *+ | Collection, Attn: Bankrutpcy Department, Po Box 10587, Greenville, SC 29603-0587 |
| 518706850 | *+ | Hudson County Superior Court, Civil Division/Special Civil, 595 Newark Ave., Jersey City, NJ 07306-2394 |
| 518706851 | *+ | Hudson County Superior Court, Civil Division/Special Civil, 595 Newark Ave., Jersey City, NJ 07306-2394 |
| 518706852 | *+ | Hudson County Superior Court, Civil Division/Special Civil, 595 Newark Ave., Jersey City, NJ 07306-2394 |
| 518706854 | * | Internal Revenue Services, Special Processing Branch, PO Box 744, Springfield, NJ 07081 |
| 518706855 | *+ | Internal Reveue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518706825 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |
| 518706826 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |
| 518706858 | *+ | Juniper Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518706862 | *+ | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518706863 | *+ | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518706864 | *+ | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518706865 | *+ | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518706868 | *+ | New Century Financial Services, Inc., ATTN: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518706869 | *+ | New Century Financial Services, Inc., ATTN: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518706875 | *+ | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Building 1, Belmar, NJ 07719-9020 |
| 518706876 | *+ | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Building 1, Belmar, NJ 07719-9020 |
| 518706877 | *+ | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza Building 1, Belmar, NJ 07719-9020 |
| 518706881 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 518706884 | *+ | Tnb-visa, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518706888 | *P++ | VOLKSWAGEN CREDIT UNION, 1401 FRANKLIN BLVD, LIBERTYVILLE IL 60048-4460, address filed with court:, Volkswagon Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 518706889 | *P++ | VOLKSWAGEN CREDIT UNION, 1401 FRANKLIN BLVD, LIBERTYVILLE IL 60048-4460, address filed with court:, Volkswagon Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 518706873 | ##+ | Phillips & Cohen Associates, 695 Rancocas Road, Westhampton, NJ 08060-5626 |
| 518706886 | ##+ | Universal Underwriters Insurance Company, ATTN: Allied Interstate Inc, 2290 Agate Court, Unit A1, Simi Valley, CA 93065-1935 |

TOTAL: 0 Undeliverable, 41 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021          Signature:          /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Mar 05, 2021 | Form ID: 148 | Total Noticed: 73 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Elizabeth L. Wassall | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, as Trustee, for certificateholders of Nomura Asset Acceptance ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kathleen M Magoon | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, as Trustee, for certificateholders of Nomura Asset Acceptance kmagoon@logs.com, kathleenmagoon@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Jean C Koegler III ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7